MABEL CLARK, Respondent, *v.* NEW YORK HOTEL STATLER Co., INC., Appellant.

(Argued March 26, 1930; decided April 11, 1930.)

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.
*R. Gordon Mackay* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.